UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARLOS DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. STRIEBELS, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-02169-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice and plaintiff's incomplete motion to proceed IFP (Docket No. 2) is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 21, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARLOS DIAZ,<br>    Plaintiff,<br>v.<br>J. STRIEBELS, et al.,<br>    Defendants. | Case No. 18-cv-02169-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Carlos Diaz ID: F-45125
Lancaster State Prison
44750 W. 60th Street
Lancaster, CA 93536

Dated: June 21, 2018

                      Susan Y. Soong
                      Clerk, United States District Court

                      By: /s/ Lisa R. Clark
                      LISA R. CLARK, Deputy Clerk to the
                      Honorable JAMES DONATO